## WALLERICK ET AL. V. GREINER.

CONVEYANCE: FRAUD: UNDUE INFLUENCE.

*Appeal from Keokuk Circuit Court.*

FRIDAY, OCTOBER 11.

THE plaintiffs, who are heirs of Frederick Greiner, Sr., deceased, bring this action to set aside a deed executed by said decedent to his son, Frederick Greiner, Jr., alleging that the defendant fraudulently, and by undue influence and duress, obtained said deed; that at the time the deed was made, and for months previous thereto, deceased had been laboring under a fatal disease; was old, weak, childish, an imbecile, and mentally incapacitated to do any business whatever; was under extreme physical and mental weakness, devoid of reason and judgment, and on the borders of insanity. The court dismissed the plaintiffs petition, and rendered judgment in favor of the defendant for costs. The plaintiffs appeal.

*Farley & Kelley,* for appellants.

*James D. Gray,* for appellee.

DAY, J.—Appellants do not claim that they have established that decedent was insane, but they claim that fraud and undue influence were practiced upon him in his suffering and weak condition. The evidence shows that at the time of the execution of the deed decedent was very aged, and was suffering from a very painful disease. We unite, however, in the opinion that the evidence does not show that any fraud or undue influence was practiced upon him by the defendant, or that any advantage was taken of his condition. A review of the evidence in detail would subserve no useful purpose. We have no hesitancy in holding that the judgment of the court below should be

AFFIRMED.